**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 234 MAL 2021

               Respondent    :

                                          :   Petition for Allowance of Appeal
                                          :   from the Order of the Superior Court

               v.                                  :

                                          :

SOLOMON MCKEEVER ELLISON, III,    :

                                          :

              Petitioner    :

## ORDER

**PER CURIAM**

      **AND NOW**, this 2nd day of May, 2022, the Petition for Allowance of Appeal is **DENIED**.